IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **TIMOTHY R. DAVIS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | 1:12CV68 |
| ) | |
| **SPURGEON WILBURN, JR., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

On March 1, 2013, the Magistrate Judge entered a Recommendation that the Court deny Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Docket Entry 32), which was served on Plaintiff on March 1, 2013 (Docket Entry 33). On March 6, 2013, Plaintiff filed an Objection to the Magistrate Judge's Recommendation of March 1, 2013, within the time allowed. (Docket Entry 34).

The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court adopts the Magistrate Judge's Recommendation in full.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Preliminary Injunction and

Temporary Restraining Order (Docket Entry 32) is **DENIED**.

This the 27th day of March, 2013.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge